# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159221(48)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CRAIG MURAWSKI,
      Plaintiff-Appellee,

v

CITY OF ESSEXVILLE,
      Defendant-Appellant.
_____/

SC: 159221
COA: 341857
Bay CC: 16-003714-CZ

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before May 13, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2019



Clerk